CAROLINE G. REDINGTON, Respondent, *v.* GEORGE H. HARTFORD, Appellant.

Reported below, 141 App. Div. —.

(Argued January 3, 1911; decided January 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action on contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict was supported by the evidence, and the exceptions presented no question of law for review.

*R. Burnham Moffat* for motion.

*Martin Conboy* opposed.

Motion denied, with ten dollars costs.

---

WEEKS-THORNE PAPER COMPANY, Appellant, *v.* THE CITY OF SYRACUSE et al., Respondents.

Reported below, 139 App. Div. 853.

(Argued January 3, 1911; decided January 10, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 19, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendants from an alleged interference with plaintiff's riparian rights.

The motion was made upon the ground that the appeal was not taken within the time provided by law.

*William Rubin* for motion.

*George Barron* opposed.

Motion denied, with ten dollars costs.